Shannon G. Splaine, Esq.
Nevada Bar No. 8241
LINCOLN, GUSTAFSON & CERCOS LLP
3960 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169-5968
Tel: (702) 257-1997
Fax: (702) 257-2203
E-Mail: ssplaine@lgclawoffice.com

James K. Schultz, Esq.
Nevada Bar No. 10219
SESSIONS ISRAEL & SHARTLE, L.L.P.
1550 Hotel Circle North, Suite 260
San Diego, CA 92108
Tel:   (619) 758-1891
Fax:   (877) 334-0661
E-mail jschultz@sessions.legal
*Attorney for Defendant Radius Global Solutions, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Samantha Buckley, | Case No. 2:22-cv-01308 CDS-NJK |
| Plaintiff, | Joint Stipulation and Order for Extension of Time to Respond to Complaint |
| vs. | |
| Radius Global Solutions, LLC, | *First Request* |
| Defendant. | Current Response Date: Sept. 9, 2022 |
| | New Response Date: Oct. 10, 2022 |

It is hereby stipulated by Plaintiff Samantha Buckley and Defendant Radius Global Solutions, LLC ("RGS"), through undersigned counsel, that RGS may have an extension of time to respond to the Complaint from September 9, 2022, through and until October 10, 2022.  This stipulation is made with respect to the following:

1. Plaintiff filed this action on August 15, 2022 in the United States District Court for the District of Nevada.

2. RGS was served on August 19, 2022, making the original response due date September 9, 2022.

3. Additional time is needed for defense counsel to evaluate the information necessary to respond to the Complaint.  The parties also intend to discuss potential early resolution of this claim.

4. On September 8, 2022, the parties agreed to a 31-day extension of time for RGS to respond to the Complaint through, and until October 10, 2022.

Granting this request for an extension of time to respond to the Complaint will neither prejudice any party nor unreasonably delay the litigation.

IT IS SO STIPULATED.

Dated: 9/8/2022                    KRIEGER LAW GROUP, LLC

                                   */s/David Krieger*
                                   David Krieger
                                   Attorney for Plaintiff
                                   Samantha Buckley

Dated: 9/8/2022                    SESSIONS, ISRAEL & SHARTLE, LLP

*/s/James K. Schultz*
James K. Schultz
Attorney for Defendant
Radius Global Solutions, LLC

Pursuant to the Parties' joint stipulation, IT IS HEREBY ORDERED:

Defendant shall have an extension of time to and including October 10, 2022, to respond to the Complaint.

Dated: September 9, 2022          _____
United States Magistrate Judge